**[J-86-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JACOB DOYLE CORMAN, III, INDIVIDUALLY AND AS A PARENT OF TWO MINOR SCHOOL CHILDREN; JESSE WILLS TOPPER, INDIVIDUALLY AND AS A PARENT OF TWO MINOR SCHOOL CHILDREN; CALVARY ACADEMY; HILLCREST CHRISTIAN ACADEMY; JAMES REICH AND MICHELLE REICH, INDIVIDUALLY AND AS PARENTS OF THREE MINOR SCHOOL CHILDREN; ADAM MCCLURE AND CHELSEA MCCLURE, INDIVIDUALLY AND AS PARENTS OF ONE MINOR SPECIAL NEEDS SCHOOL CHILD; VICTORIA T. BAPTISTE, INDIVIDUALLY AND AS A PARENT OF TWO SPECIAL NEEDS SCHOOL CHILDREN; JENNIFER D. BALDACCI, INDIVIDUALLY AND AS A PARENT OF ONE SCHOOL CHILD; KLINT NEIMAN AND AMANDA PALMER, INDIVIDUALLY AND AS PARENTS OF TWO MINOR SCHOOL CHILDREN; PENNCREST SCHOOL DISTRICT; CHESTNUT RIDGE SCHOOL DISTRICT AND WEST YORK AREA SCHOOL DISTRICT, | No. 83 MAP 2021 <br><br> Appeal from the Commonwealth Court Order dated November 10, 2021 at No. 294 MD 2021. <br><br> ARGUED: December 8, 2021 |
| Appellees | |
| v. | |
| ACTING SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF HEALTH, | |
| Appellant | |

## ORDER

**PER CURIAM**                                                                                    **DECIDED: December 10, 2021**

     **AND NOW,** this 10ᵗʰ day of December, 2021, the Commonwealth Court's decision is **AFFIRMED**.  This Court's Order dated November 30, 2021, granting the emergency application to reinstate the automatic supersedeas, is **VACATED**.

     Opinion to follow.

     Justice Saylor did not participate in the consideration or decision of this matter.